# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2022

JEFFREY P. COLWELL
CLERK

Civil Action No._____

_Earl Crownhart_,

Plaintiff,

v.

_Skip Linelu Crownhart_

_____

_____

Defendant(s).

---

## [PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR
## EXTENSION OF TIME OR CONTINUANCE

---

I, (name) _Earl Crownhart_ [Plaintiff OR Defendant] in this case, respectfully request:

**An extension of time to exchange with opposing party or file with the Court:**

_X_ my Initial Disclosures currently due on _4/25/2022_

_X_ my responses to Requests for Admissions currently due on _4/25/2022_

_X_ my responses to Interrogatories currently due on _4/25/2022_

_X_ my Expert Report(s) currently due on _4/25/2022_

_X_ my response to pending motion to dismiss under FRCP 12(b)(6) currently due on _4/14/2022  28 U.S.C. 1915 rule 41(b)._

_X_ my response to pending motion for summary judgment under FRCP 56 currently due on _4/14/2022 C.R.M 6(e)(1) or C.R.C.P. 4 or 5.(2)(a)_

_X_ my response to pending motion for _C.R.C.P. rule 41_ currently due on _4/14/2022 Motion To file to Dissmiss Guardian Ship_

Denver County Court, City and County of Denver, Colorado
520 W. Colfax Avenue, Room 160
Denver, Colorado 80204, 720-337-0410

Defendant's Name:

Name: Earl Crownhart

Phone: 303-355-5264

Address: 2550 Locust St
Denver Co. 80207

**COURT USE ONLY**

**I SWEAR THAT THE INFORMATION PROVIDED ON THE FOLLOWING MOTION TO BE TRUE.**

SIGNATURE: Earl Crownhart

Case Number: 2021 PR 257

Division          Courtroom

**MOTION TO** File a Class Action Law Suit
Against petitioner C.R.A 6(2)
(1) C.R.C.P 4
(2) (a

I request the Court to:

File A Class Action Law Suit Against petitioner
Skip Lovell Crownhart For False Filing Gaurdianship
( Against Respondent Earl Crownhart

For the following reasons:

pursuant to 28 U.S.C 1915 & 1746 Skip Crownhart
petitioner Has Not Been honist with trust
In mr Respondent Earl Crownhart life And
Has Be trade Friends And Family like His wife
Brittany Crownhart And Has Filed A Frovolouse
Case Since mesa County Case No 2002 PR 154
In April of 2002. And Has Abused my
Trust To Be my Gaurdian And Has Harrossis
Me About Being in Services. And Has lied
To Respondent Earl Crownhart. About His wife
Brittany Crownhart Mail. And Has & Not Been
Truthfull to Respondent Earl Crownhart And
Has Made Lias About His wife Brittany
Crownhart Beating him up in this Gaurdainship
( Report ADDH pipers
work

**COURT USE ONLY:**

Copy sent to:          Denver District Attorney ☐          Denver City Attorney ☐

Order from the Court:

Date:_____          Judge/Magistrate:_____

| Denver County Court, City and County of Denver, Colorado<br>520 W. Colfax Avenue, Room 160<br>Denver, Colorado 80204, 720-337-0410 | |
|---|---|
| **Defendant's Name:** / RESPONdent<br>**Name:** EarL CloWNhart<br>**Phone:** 720 - 670 - 5718<br>**Address:** earL CroWNhart 9 gmail. Com | Filed<br>APR 07 2022<br>CLERK OF<br><br>**COURT USE ONLY** |
| **I SWEAR THAT THE INFORMATION PROVIDED ON THE FOLLOWING MOTION TO BE TRUE.**<br><br>**SIGNATURE:** Earl Cranhart | **Case Number:** 2002 PR 154<br>2021 PR 257<br><br>**Division**        **Courtroom** |
| **MOTION TO** File For order To DisMiss pursuant To C.R.C.P. Rule 41 | |

**I request the Court to:**

To DisMiss GaurdianShip pursuant To 15-14-318 C.r.S. Skip Lewell Crownhart Has lied To The Court by Off

**For the following reasons:**

That The GaurdianShip Should Be Terminated by ward See The Attachments to Show GRANT Cause That Skip lewell Crownhart HAs Lied on GuardianShip Report ADuLT See 28 U.S.C. 1746. MR Earl Crownhart HAs Been IN FuLL Compliance With His Meds See Discharge Papers of Medication Signed ANd perscribed by Bradley, RYAN MD From medical center of Ross medical Center

**COURT USE ONLY:**

Copy sent to:        Denver District Attorney ☐        Denver City Attorney ☐

Order from the Court:

Date:_____        Judge/Magistrate:_____

2204142023 0713 1-156-1009 3

*Attach ment oF A-1*
*2022 PB 257*

| GRAND JUNCTION REGIONAL CENTER<br>2800 D Road – DENTAL CLINIC<br>Grand Junction CO 81501 | | INFORMED CONSENT<br>IM / IV SEDATION<br>DENTAL THERAPY |
|---|---|---|

| Individual<br>EARL CROWNHART   #2952 | | Date<br>APRIL 12, 2006 |
|---|---|---|

| Dentist<br>BRUCE M. RICKS, D.D.S.<br>BRIAN FLETCHER, D.D.S. | Primary Care Physician<br>Robert V. Graves, M.D. |
|---|---|

| MEDICATION | DOSAGE | PROCEDURE |
|---|---|---|
| 1)_____Versed (Midazolam)__ | 16 mg | Extraction #3 |

### EMERGENCY VERBAL CONSENT

Given By:_____ Date_____

Received By: 1)_____

2)_____

### Person to Contact for Questions/Concerns

**Bruce M. Ricks, D.D.S.**
**2800 D Road**
**Grand Junction CO 81501**
**(970) 255-5810**

### INFORMATION HAS BEEN PROVIDED ABOUT THE SEDATING MEDICATION LISTED:

1)  The reason for the medication and authorized by a licensed dentist.
2)  The alternative therapies available.
3)  The risks including possible side effects monitored on a scheduled basis.
4)  Name of the medication(s), dosage range, route, etc.
5)  The fact that I may refuse consent or, if given, that I may change my mind at any time.
6)  Reviewed at least annually by dentist.
7)  Withholding or withdrawal of consent may affect the ability to provide appropriate dental services.
8)  The name, address, and phone number of people to contact if questions arise.

### BASED ON THE ABOVE:  (Check One)

[X] I have reviewed and fully understand the reasons and effects of the medication and approve the use of the IV/IM sedating medication.

[ ] I do not approve the use of IV/IM sedating medication listed.

Signature: *Skip Crownhart*          Date: 04-06-06

*Attachment A-1*
*2021 02 2*

# STATE OF COLORADO



**Colorado Department of Human Services**

*people who help people*



GRAND JUNCTION REGIONAL CENTER
2800 D Road
Grand Junction, Colorado 81501
Phone (970) 245-2100
FAX (970) 255-5830
www.state.co.us

**Bill Owens**
Governor

Marva Livingston Hammons
Executive Director

## HEALTH SERVICES

# Fax

**To:** Skip Croonhart    **From:** Deena Steinkirchner

**Fax:** 970-255-5830    **Date:** 4/6/06

**Phone:** 970-255-5821    **Pages:** 2

**Re:** Consent    **CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

**•Comments:**    - Thank you -

Confidentiality Notice: This fax transmittal is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmittal or the information it contains is strictly prohibited. Misdelivery of this transmittal does not constitute waiver of any applicable privilege. If you have received this communication in error, please notify us immediately by telephone and return the original transmittal to us at the above address by mail. Thank you.

*Attachment of A-2*
*2021 PR 257*

| | |
|---|---|
| DISTRICT COURT, CITY & COUNTY OF DENVER<br>1437 Bannock Street<br>Denver, CO 80202 | |
| In re the Matter of:<br><br>Petitioner:    **LaNell Crownhart**<br><br>Respondent: **Cynthia Crownhart**<br><br>Minor Child: **Devin McBride** | **▲ COURT USE ONLY ▲** |
| Child and Family Investigator:<br>Kate Radley, #34185<br>1807 South Pearl Street<br>Denver, CO 80210<br>Phone: (303) 715-4190<br>Fax: (303) 778-0561<br>E-mail: kateradley@msn.com | Case No. **04 DR 3358**<br><br>Division:   Courtroom: 4 |

## CHILD AND FAMILY INVESTIGATOR'S REPORT REGARDING APRIL 6, 2006 STATUS CONFERENCE

Kate Radley, the Child and Family Investigator ("CFI"), submits the following Report concerning the minor child, Devin McBride, DOB May 7, 1998, and regarding the upcoming status conference on April 6, 2006:

1.     Since the last Status Conference, Devin was seen by psychiatrist Dr. Harriet Sturn at Children's Hospital for a medication evaluation on March 9, 2006. At that time, Risperodone was prescribed and Devin was diagnosed with Psychotic Disorder. Dr. Sturn also believes that Devin may have ADHD and/or PTSD.

2.     The initial reports from both Devin's school and his grandmother indicated that the Risperodone was effective in controlling Devin's negative and psychotic behaviors and defiance. He was much calmer in school and began to actively participate in class. Unfortunately, Devin began having headaches as a side effect. Risperodone was then replaced with Seroquel. Unfortunately, Seroquel has not been as effective and many of Devin's concerning behaviors have returned. Just recently, grandmother reported that Devin has been mumbling to himself and reporting hearing voices. Dr. Sturn has recommended increasing the dosage of Seroquel. She will have her third appointment with Devin in late April.

3.     Dr. Sturn emphasized that until we understand Devin's triggers and have him stabilized, it is important that his home and school environments be maintained as stable as possible. Visitation with Mother would be one more disruption that Devin could not tolerate.

1

Denver County Court, City and County of Denver, Colorado
520 W. Colfax Avenue, Room 160
Denver, Colorado 80204, 720-337-0410

Defendant's Name:

Name: Earl Crownhart

Phone: 303) 355-5264

Address: 2550 Locust St
Denver Co, 80207

**COURT USE ONLY**

I SWEAR THAT THE INFORMATION PROVIDED ON THE
FOLLOWING MOTION TO BE TRUE.

Case Number:

2021 PR 257

SIGNATURE: Earl Crownhart

Division          Courtroom

**MOTION TO** File Leave of Absent¹ To Submit
other rejected case Documents

I request the Court to:

Excerpt of Document To Be Filed regarding
Law Suit Against petitioner Skip Lenell Crownhart

For the following reasons:

in plaintiffs Earl Crownharts motion for
Extension of Time or continuence To Serv
Skip Lenell Crownhart Copes of Documents
related To Law Suit. See 28 U.S.C. 1915 & 1985

COURT USE ONLY:

Copy sent to:          Denver District Attorney ☐          Denver City Attorney ☐

Order from the Court:

Date:_____          Judge/Magistrate:_____